```
JULIE M. MCCOY, Bar No. 129640
JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICES OF JULIE M. MCCOY
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorney for: PLAINTIFF
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Yvette Houston, aka<br><br>Yvette D. Houston,<br><br>Defendant | No. CV 12- **6695**<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Yvette Houston, aka Yvette D. Houston, in the principal amount of $2,436.46 plus interest accrued to June 25, 2012, in the sum of $1,298.77; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $48.73, for a total amount of $**3,783.96**.

DATED:_____     By:_____
                                     Clerk of the Court

                                     _____
                                     Deputy Clerk
                                     United States District Court